BEFORE THE FIRST DIVISION, NOVEMBER 27, 1940

**No. 44793.**—Protest 982428–G of Nadal & Shimmel (New York).

Opinion by BROWN, J.   Merchandise invoiced as rubber balloons was held dutiable at 45 percent under paragraph 409 on the authority of Abstract 40493.

**No. 44794.**—Protests 551309–G, etc., of Frank P. Heid & Co., Inc., et al. (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise is wool hoods similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 44795.**—Protests 473322–G, etc., of Orchid Importing Corp. (New York).

Opinion by BROWN, J.   It was stipulated that the wool hoods in question are similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 27, 1940

**No. 44796.**—Protest 3677–K of Canadian National Railways (Los Angeles).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise consists of tourist literature containing historical, geographical, timetable, travel, hotel, or similar information, of Canadian authorship.   On the authority of *United States* v. *American Railway Express Co.* (17 C. C. P. A. 10, T. D. 43317) the claim at 7½ percent under paragraph 1410 and T. D. 49752 was sustained.

**No. 44797.**—Protests 815512–G, etc., of Chicago, Milwaukee, St. Paul & Pacific R. R. Co. (Seattle).

Opinion by KINCHELOE, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 44798.**—Protests 976331–G, etc., of Biddle Purchasing Co. et al. (New York).

Opinion by KINCHELOE, J.   On the records presented the protests were overruled.